PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

2019 OCT 25 AM 8:42

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.   Crim. No. 5:06CR00012-1

Torry Grissom

On October 26, 2016, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tim Williams
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of October, 2019.

William T. Moore, Jr.
Judge, U.S. District Court